# UNITED STATES DISTRICT COURT
## District of Minnesota

Shannaon Miller,

**JUDGMENT IN A CIVIL CASE**

Plaintiff(s),

v.

Case Number: 23-cv-3069 JWB/JFD

ALDI, Inc.,

Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The plaintiff and ALDI, Inc. have filed a Stipulation of Dismissal (Doc. No. 22). Based on that Stipulation, ALDI, Inc. is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

Date: 8/13/2024

KATE M. FOGARTY, CLERK